UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRANDI R. GODCHAUX**          **CIVIL ACTION NO. 08-0567-FJP-SCR**

**VS.**

**CITY OF BATON ROUGE,**
**PARISH OF EAST BATON ROUGE**

## JUDGMENT OF DISMISSAL

Considering the foregoing Motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant, City of Baton Rouge/Parish of East Baton Rouge, be, and it is hereby, dismissed from the above-captioned matter **with prejudice**.

Baton Rouge, Louisiana, January 7, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA